SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
CHRISTOPHER L. CARDANI, MAB #550609
Assistant United States Attorney
Christopher.Cardani @usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204
Telephone:  (503) 727-1000
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# MEDFORD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$110,487.00 U.S. CURRENCY, *in rem*,<br><br>    Defendant. | 1:25-mc-1147<br><br>**UNOPPOSED MOTION TO EXTEND 90-DAY PERIOD PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

Pursuant to Local Rule 7-1, counsel for the United States certifies that I have contacted Justin Rosas, attorney for claimant Richard Joseph Souter who concurs with this extension.

On July 16, 2025, Richard Joseph Souter filed a claim in a non-judicial civil forfeiture proceeding by the Drug Enforcement Administration to $110,487.00 U.S. currency seized from Richard Joseph Souter and Brenda Lee Mersino on or about May 20, 2025.

No other person filed a claim in the administrative forfeiture proceeding.

As provided in 18 U.S.C. § 983(a)(3)(A), the United States and Richard Joseph Souter, agree to extend the time in which the United States will file a complaint for forfeiture against the

$110,487.00 U.S. currency or to obtain an indictment alleging that the assets are subject to forfeiture. Richard Joseph Souter agrees that the deadline by which the United States shall be required to file a complaint for forfeiture against the property and/or to obtain an indictment alleging that the property is subject to forfeiture shall be extended to Monday, January 12, 2026.

Richard Joseph Souter agrees that until the United States files a complaint for forfeiture against the assets and/or obtains an indictment alleging that the assets are subject to forfeiture, or until January 12, 2026, or until the parties reach a settlement regarding the property, whichever occurs first, the property shall remain in the custody of the United States and Richard Joseph Souter shall not seek its return for any reason in any manner.

DATED: **October 8, 2025**                Respectfully submitted,

                                                 SCOTT E. BRADFORD
United States Attorney

s/ *Christopher L. Cardani*
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that I have made service of the foregoing Motion to Extend 90-Day Period and a proposed Order on the party herein by sending via email on October 8, 2025, to:

Justin Rosas
Justin@justinrosas.com
  Attorney for claimant Richard Joseph Souter

 

s/ *Dawn Susuico*
DAWN SUSUICO
Paralegal